# EXHIBIT A

| | | |
|---|---|---|
| AOC-E-105  Sum Code: CI<br>Rev. 9-14<br><br>Commonwealth of Kentucky<br>Court of Justice    Courts.ky.gov<br><br>CR 4.02; Cr Official Form 1 | <br><br>**CIVIL SUMMONS** | NOT ORIGINAL DOCUMENT<br>10/06/2015 12:38:36 PM<br>Case #: 15-CI-00896<br>41768<br>Court: CIRCUIT<br>County: CHRISTIAN |

Plantiff, WOODARD, SANDRA   VS. ANTHEM LIFE INSURANCE COMPANY, Defendant

TO:   C T CORPORATION SYSTEM
      306 W. MAIN ST., SUITE 512
      FRANKFORT, KY 40601

The Commonwealth of Kentucky to Defendant:
**ANTHEM LIFE INSURANCE COMPANY**

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

/s/ Gary Haddock, Christian Circuit Clerk
Date: **09/16/2015**

Presiding Judge: HON. JOHN L. ATKINS (603168)

### Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

To: _____

☐ Not Served because: _____

Date: _____, 20____       Served By _____

                                    Title _____

CI : 000001 of 000001

Summons ID: @00000118251
CIRCUIT: 15-CI-00896 Certified Mail
WOODARD, SANDRA   VS. ANTHEM LIFE INSURANCE COMPANY

Page 1 of 1

eFiled



Filed          15-CI-00896    09/16/2015          Gary Haddock, Christian Circuit Clerk

NOT ORIGINAL DOCUMENT
10/06/2015 12:38:00 PM
41768

COMMONWEALTH OF KENTUCKY
CHRISTIAN CIRCUIT COURT
CIVIL ACTION NO. _____
*Electronically Filed*

SANDRA WOODARD                                                                    PLAINTIFF

vs.          **COMPLAINT AND JURY DEMAND**

ANTHEM LIFE INSURANCE COMPANY                                      DEFENDANT

    SERVE THROUGH:

    CT CORPORATION SYSTEM
    306 West Main Street, Suite 512
    Frankfort, KY 40601

\*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\*

Comes the Plaintiff, Sandra Woodard, and for her Complaint and Jury Demand against Defendant Anthem Life Insurance Company ("Anthem"), states as follows:

1. Plaintiff Sandra Woodard is a citizen and resident of Christian County, Kentucky.

2. Defendant Anthem is a foreign corporation believed to be domiciled in Indiana, with its principal office located at 120 Monument Circle, Indianapolis, Indiana 46204. Anthem may be served through its registered agent for service of process: CT Corporation System, 306 West Main Street, Suite 512, Frankfort, KY 40601. Anthem is authorized to do the business of insurance by holding a Kentucky Certificate of Authority.

3. Jurisdiction is proper in this Court because Anthem transacts business, issued a policy of insurance in, and caused damages in the Commonwealth of Kentucky, and Plaintiff resides in, worked in, and was caused harm in, Christian County, Kentucky.

4. At the time of the circumstances giving rise to this lawsuit, Plaintiff was an employee of Agri-Power, Inc. (d/b/a H&R Agri-Power) ("Agri-Power"), employed as an asset management associate.

Presiding Judge: HON. JOHN L. ATKINS (603168)

COM : 000001 of 000005

Filed          15-CI-00896    09/16/2015          Gary Haddock, Christian Circuit Clerk

5. Anthem provided a short-term disability ("STD") policy of insurance and a long-term disability ("LTD") policy of insurance to employees of H&R Agri-Power, which included Plaintiff.

6. Plaintiff was an insured and was covered under the STD and LTD policies.

7. The STD policy and/or LTD policy/policies was/were voluntary.

8. The STD policy defines disability and entitles Plaintiff to receive benefits, if Plaintiff meets the following definition:

> **Disabled and Disability** mean during the Elimination Period and thereafter because of Your Injury or Illness, *all* of the following are true:
> - You are unable to do the Material and Substantial Duties of Your Own Occupation; *and*
> - You are receiving Regular Care from a Physician for that injury or illness; *and*
> - Your disability Work Earnings if any are less than or equal to 80% of Your Weekly Earnings.

9. The LTD policy defines disability and entitles Plaintiff to receive benefits, if Plaintiff meets the following definition:

> Disabled and Disability mean during the Elimination Period and the next 24 months because of Your Injury or Illness, *all* of the following are true:
> - You are unable to do the Material and Substantial Duties of Your Own Occupation; *and*
> - You are receiving Regular Care from a Physician for that injury or illness; *and*
> - Your disability Work Earnings, if any, are less than or equal to 80% of Your Indexed Monthly Earnings.
>
> Thereafter, Disabled and Disability mean because of Your Injury or Illness *all* of the following are true:
> - You are unable to do the duties of any Gainful Occupation for which You are or may become reasonably qualified by education, training, or experience; *and*
> - You are receiving Regular Care from a Physician for that injury or illness; *and*
> - Your Disability Work Earnings, if any, are less than or equal to 60% of Your Indexed Monthly Earnings.

Presiding Judge: HON. JOHN L. ATKINS (603168)

Filed          15-CI-00896    09/16/2015        Gary Haddock, Christian Circuit Clerk  NOT ORIGINAL DOCUMENT
10/06/2015 12:38:00 PM
41768

10. The Group Number was 00210682, the STD claim number was ST00237152, and the LTD claim number was LT153985.

11. Anthem has responsibility for payment of any STD and LTD benefits due according to the terms and conditions of the respective policies.

12. Plaintiff became disabled under the terms of the STD and LTD policies and was unable to return to work at Agri-Power on or about June 3, 2014, was disabled for the duration of the benefits period under the terms of the STD policy, and remains disabled under the terms of the LTD policy.

13. By the letter dated July 2, 2014, Anthem erroneously denied Plaintiff's claim for STD benefits.

14. Plaintiff timely and properly appealed the denial of her STD benefits on or about December 16, 2014 in the manner set forth under the STD policy.

15. Plaintiff timely and properly tendered her claim for LTD benefits on or about November 25, 2014 in the manner set forth under the LTD policy.

16. On February 16, 2015, Anthem upheld its erroneous decision to deny Plaintiff's STD claim.

17. On February 26, 2015, Anthem erroneously denied Plaintiff's LTD claim.

18. Plaintiff timely and properly appealed the denial of her LTD benefits on or about June 19, 2015 in the manner set forth under the LTD policy.

19. On September 11, 2015, Anthem upheld its erroneous decision to deny Plaintiff's LTD claim.

20. Plaintiff has timely and properly exhausted all applicable administrative remedies and appeals.

Presiding Judge: HON. JOHN L. ATKINS (603168)

COM : 000003 of 000005

3

Filed    15-CI-00896    09/16/2015    Gary Haddock, Christian NOT ORIGINAL DOCUMENT
10/06/2015 12:38:00 PM
41768

Presiding Judge: HON. JOHN L. ATKINS (603168)

COM : 000004 of 000005

21. Plaintiff is entitled to payment of STD and LTD benefits from Defendant, as Plaintiff meets the definition of "disability" under the terms of the STD and LTD policies.

22. Defendant has wrongfully withheld, and is responsible for, payment of STD and LTD benefits to those entitled to benefits under the STD and LTD policies, including Plaintiff.

23. The denial of Plaintiff's claims for STD and LTD benefits is a breach of contract, and Defendant's breach of its contractual duties and obligations has caused Plaintiff damages.

24. Defendant should be enjoined from stopping payments under the contract.

25. The decision of Defendant to deny contractual benefits under the STD and LTD policies is erroneous, a breach of fiduciary duty, negligent, an abuse of discretion, arbitrary and capricious, and contrary to the overwhelming evidence supplied to Anthem in the medical records and opinions of Plaintiff's treating physicians.

26. The aforesaid conduct of Defendant in discontinuing contractual benefits constitutes bad faith in that Anthem lacks a reasonable basis to deny benefits and knows or has acted recklessly as to whether such a basis for denial exists.

27. The actions of Defendant violate KRS § 304.12-230, the Unfair Claims Settlement Practices Act, and entitle Plaintiff to recover attorney's fees and interest under KRS § 304.12-235.

28. The aforesaid conduct of Defendant is reckless and grossly negligent, which entitles Plaintiff to punitive damages.

29. The above actions by Defendant have directly and proximately caused emotional and mental pain and suffering, anxiety, inconvenience, and financial problems, which would not have occurred, but for the wrongful conduct of Defendant.

30. The STD and LTD coverages and policies do not meet the qualifications of a plan under the Employee Retirement Income Security Act (ERISA), 29 U.S.C. § 1001 et. seq.

31. In the alternative to allegation number 30, above, if the STD and LTD policies do meet the qualifications for ERISA, then the decisions made by Defendant were arbitrary and capricious, against the overwhelming evidence provided to Defendant, and a breach of fiduciary duties, which entitles Plaintiff to contractual benefits, interest, and attorney's fees.

32. The damages sought for the aforesaid injuries are in excess of the jurisdictional limits of this Court.

WHEREFORE, Plaintiff Sandra Woodard demands the following relief:

1. Judgment against Defendant for full contractual benefits, attorney's fees, punitive damages to punish and deter it from similar conduct, prejudgment and post-judgment interest, and compensation for emotional pain and suffering caused by Defendant's unreasonable and reckless delay;

2. Any and all other relief to which Plaintiff appears to be entitled; and

3. Trial by jury.

Respectfully submitted:

/s/ Bartley K. Hagerman
M. AUSTIN MEHR
BARTLEY K. HAGERMAN
**Mehr Fairbanks Trial Lawyers, PLLC**
201 West Short Street, Suite 800
Lexington, Kentucky 40507
Telephone: 859-225-3731
Facsimile: 859-225-3830
Email: amehr@austinmehr.com
Email: bkh@austinmehr.com
*Counsel for Plaintiff*

5

Presiding Judge: HON. JOHN L. ATKINS (603168)

COM : 000005 of 000005